FILED BY mml D.C.
Aug 11, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**22-MJ-03346-Torres**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG - 3 2022

BY
DEPUTY_____

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| v. | § NO. 1:22-CR 63 |
| JASON J. FUNDERBURK | § Judge: Heartfield |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 751(a)
(Escape from Custody)

On or about June 14, 2013 in the Eastern District of Texas, **Jason J. Funderburk**, defendant, did knowingly escape from custody at the Bannum Place of Beaumont, a Residential Reentry Center located at 1310 Pennsylvania Street, Beaumont, Texas, in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Western District of Louisiana for the offense of Bank Fraud in violation of 18 U.S.C. §§ 1343 and 2.

All in violation of 18 U.S.C. § 751(a).

A TRUE BILL



GRAND JURY FOREPERSON

BRITT FEATHERSTON
UNITED STATES ATTORNEY

_____         8/3/22
JOSEPH R. BATTE                 _____
Assistant United States Attorney      Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | NO. 1:22-CR 63 <br> Heartfield |
| JASON J. FUNDERBURK | | |

### NOTICE OF PENALTY

### Count One

| | |
|---|---|
| Violation: | 18 U.S.C. § 922(g)(1) |
| Penalty: | Imprisonment of not more than five (5) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years. |
| Special Assessment: | $ 100.00 |

**Notice of Penalty-Page 1**

AO 442 (Rev. 11/11) Arrest Warrant                                                                                          8531496

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED BY __mml__ D.C.
Aug 11, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**22-MJ-03346-Torres**

United States of America
v.
JASON J FUNDERBURK
c/o Miami FDC
33 NE 4th Street
Miami, FL 33132

Case No. 1:22cr63

*Defendant*

**ARREST WARRANT**

*RECEIVED*
*EASTERN DISTRICT OF TEXAS*
11:38 am Aug 04, 2022

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JASON J. FUNDERBURK                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:751(a)  Escape from custody

Date: 8/4/22

*Issuing officer's signature*

City and state:   Beaumont, TX                                David A. O'Toole, Clerk of Court
                                                              *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          *Arresting officer's signature* |
|                               *Printed name and title* |